IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-cr-00023 |
| v. | ) | Judge Nixon |
| | ) | |
| JOSE CLARIOT and FRANKLIN GUZMAN | ) | |

### ORDER

Pending before the Court is a Motion of the United States of America for Leave to File Reply ("Motion") (Doc. No. 278), in which the Government requests leave to file a Reply in support of its Motion for Interlocutory Sale of Cessna (Doc. No. 270). The Government has attached its proposed Reply (Doc. No. 278-1), as well as two affidavits (Doc. Nos. 278-2; 278-3). The Motion is **GRANTED**; the Court will consider the Reply when ruling on the Government's Motion for Interlocutory Sale of Cessna.

It is so ORDERED.

Entered this the ___4th___ day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT