IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:08-cr-00023 |
| | ) | Judge Nixon |
| v. | ) | |
| | ) | |
| JOSE CLARIOT and FRANKLIN GUZMAN | ) | |

## ORDER

Pending before the Court is Defendants' Joint Motion Requesting Pretrial Conference. (Doc. No. 300.) Defendants also request that Franklin Guzman's presence at the status conference be waived because he currently resides in New Jersey. (*Id.*) The Motion is **GRANTED**; the Court **SCHEDULES** a status conference in this case for **Friday, March 22, 2013, at 11:00 a.m.** Further, the Court waives the presence of Defendant Franklin Guzman at the status conference.

It is so ORDERED.

Entered this the 5th day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT