IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-cr-00023-1 |
| v. | ) | Judge Nixon |
| | ) | |
| JOSE M. CLARIOT | ) | |

## ORDER

Pending before the Court is Defendant Jose M. Clariot's Motion to Join and Adopt Co-defendant Franklin Guzman's Motion and Memorandum for a Bill of Particulars ("Motion to Join") (Doc. No. 293), in which Mr. Clariot seeks to join and adopt Mr. Guzman's Motion for a Bill of Particulars ("Motion") (Doc. No. 291), and a Memorandum in Support of the Motion ("Memorandum") (Doc. No. 292). Mr. Guzman's Motion (Doc. No. 291) is also currently pending before the Court. The arguments presented by Mr. Guzman in his Motion and Memorandum are applicable to Mr. Clariot. Accordingly, the Motion to Join is **GRANTED**.

It is so ORDERED.

Entered this the ___6___ day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT