IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:08-cr-00023 |
| v. ) | |
| ) | Judge Nixon |
| JOSE M. CLARIOT and FRANKLIN GUZMAN ) | |

## ORDER

The Court had previously scheduled argument on motions in this case for a hearing on June 20, 2013, at 10:30 a.m. (Doc. No. 327.) To clarify its previous Order and give the parties sufficient time to prepare, the Court **RESETS** the motions hearing for **July 8, 2013, at 10:00 a.m.** and **DIRECTS** the parties to notify the Court by **June 29, 2013,** of (1) which pending motions they would like to argue at the hearing and (2) any pending motions already resolved or that no longer apply to the case.

It is so ORDERED.

Entered this the 13 day of June, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT