IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 3:08-cr-00023 |
| v. | ) | |
| | ) | **Judge Nixon** |
| **JOSE M. CLARIOT and FRANKLIN GUZMAN** | ) | |

## ORDER

Pending before the Court is a Motion to Continue Hearing ("Motion"), filed by the Government and agreed to by all parties in this matter. (Doc. No. 344.) The Government requests the Court continue a motions hearing currently scheduled for July 15, 2013, to August 12, 2013. (*Id.* at 1.) It also states that the parties will inform the Court of all outstanding motions to be heard at the hearing by August 1, 2013. (*Id.* at 2.) Accordingly, the Court **GRANTS** the Motion. Given a scheduling conflict on August 12, 2013, the Court **SCHEDULES** the hearing for **August 19, 2013, at 10:00 a.m.**

It is so ORDERED.

Entered this the ___9th___ day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT