IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-cr-00023-1 |
| v. | ) | 3:08-cr-00023-2 |
| | ) | |
| JOSE M. CLARIOT and | ) | Judge Nixon |
| FRANKLIN GUZMAN | ) | |

### ORDER

Pending before the Court is the Government's Motion to Continue Hearing ("Motion"), in which it requests the Court continue a motions hearing currently set for August 26, 2013. (Doc. No. 366.) As reason for its request, the Government states that both Assistant U.S. Attorneys assigned to this case will be starting trials on August 27, 2013, and need to be in trial preparation the date of the hearing. (*Id.* at 1.) The Government also states that, after consulting with counsel for both Defendants, neither objects to a continuance. (*Id.*) Accordingly, the Court **GRANTS** the Motion and continues the motions hearing to **September 12, 2013**, at **11:00 a.m.**

It is so ORDERED.

Entered this the 20th day of August, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT