IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-cr-00023-1 |
| v. | ) | |
| | ) | Judge Nixon |
| JOSE CLARIOT | ) | |
| | ) | |

## ORDER

Pending before the Court is Defendant Jose Clariot's Motion for Leave to Join and Notice of Joinder of Co-Defendant Guzman's in Limine Motions ("Motion to Join"). (Doc. No. 342.) Specifically, Clariot requests to join Defendant Franklin Guzman's Motion to Exclude Testimony Regarding the DEA Replica Badge (Doc. No. 331); Motion to "Redact" and/or Alternative to Exclude the Reference Jail Call (Doc. No. 332); Motion to Exclude the Testimony Regarding "Consent to Search" in Jackson, TN (Doc. No. 333); and Motion to Exclude "Suspicious Flight Testimony" (Doc. No. 335). (Doc. No. 342 at 1.) The motions listed in Clariot's Motion to Join are currently pending before the Court.

The arguments made by Guzman in his motions apply equally to Clariot. (*See* Doc. Nos. 331–333; 335.) Accordingly, the Court **GRANTS** the Motion to Join (Doc. No. 342).

It is so ORDERED.

Entered this the 11th day of September, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT