IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:08-cr-00023-1 |
| v. ) | |
| ) | Judge Nixon |
| JOSE CLARIOT ) | |

### ORDER

Pending before the Court is Defendant Jose Clariot's Motion to Prohibit Testimony Regarding his Assertion of his 5th Amendment Right against Self-Incrimination ("Motion"). (Doc. No. 343.) Specifically, Clariot requests the Court prohibit the Government from introducing at trial any testimony regarding his assertion of rights under the Fifth Amendment or any statements made incident to his assertion of rights. (*Id.*) The Government has responded stating it does not oppose the Motion. (Doc. No. 361 at 2–3.)

Accordingly, the Motion is **GRANTED**. The Government is prohibited from introducing into evidence any testimony regarding Clariot's assertion of his Fifth Amendment Rights or any statements made incident to those assertions.

It is so ORDERED.

Entered this the 11th day of September, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT