IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-cr-00023 |
| v. | ) | |
| | ) | Judge Nixon |
| JOSE CLARIOT and FRANKLIN GUZMAN | ) | |

## ORDER

Pending before the Court are several motions in limine filed by the parties in this case: United States' Motion In Limine No. 1 – Exclusion of Defendants' Hearsay Statements (Doc. No. 321); United States' Motion In Limine No. 2 – Exclusion of Guzman's Documents (Doc. No. 322); Defendant Guzman's Motion in Limine No. 1 – Exclusion of DEA Badge and Related Testimony (Doc. No. 331); Defendant Guzman's Motion in Limine No. 4 – Motion to Exclude Any and All Testimony (Doc. No. 335); and Defendant Guzman's Motion in Limine No. 5 – Exclusion of Port Authority Hat and Related Testimony (Doc. No. 349) (collectively "Motions"). The Court heard arguments on the Motions on September 12, 2013. (Doc. No. 377.)

Having considered the parties' arguments, the Court **DEFERS** ruling on the Motions. The parties shall notify the Court during trial of their intent to introduce evidence that is the subject of any of the Motions, at which time the Court shall rule on the corresponding motion in context of the evidence in the record.

It is so ORDERED.

Entered this the 13 day of September, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT