**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:08-cr-00023-1** |
| **v.** | ) | |
| | ) | **Judge Nixon** |
| **JOSE M. CLARIOT** | ) | |

## ORDER

Pending before the Court is Defendant Jose M. Clariot's Notice of Intention to Change

Plea and Request to Set a Plea Date ("Motion") (Doc. No. 386), in which Mr. Clariot requests

the Court schedule a change of plea hearing.  The Court **GRANTS** the Motion and

**SCHEDULES** a plea hearing for **Wednesday, October 2, 2013, at 10:00 a.m.**

It is so ORDERED.

Entered this the _20th_ day of September, 2013.


_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT